**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)          Case Number **08–13766–SSM**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 27, 2008.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nahid Ahmadpour
4054 41st Street North
Mc Lean, VA 22101

| | |
|---|---|
| Case Number:   08–13766–SSM<br>Office Code:   1 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–5184 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey M. Sherman<br>SEMMES, BOWEN & SEMMES<br>1001 Connecticut Avenue<br>Suite 1100<br>Washington, DC 20036<br>Telephone number:  202–822–8250 | Bankruptcy Trustee (name and address):<br>Gordon P. Peyton<br>Redmon. Peyton & Braswell<br>510 King Street, Suite 301<br>Alexandria, VA 22314<br>Telephone number:  (703) 684–2000 |

### Meeting of Creditors:

Date:  **July 30, 2008**                              Time:  **03:00 PM**

Location:  **115 South Union Street, Suite 206, Alexandria, VA 22314**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
**September 29, 2008**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **VCIS 24–hour case information:**<br>Toll Free 1–800–326–5879 | Date:  June 30, 2008 |

# EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the say may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

## − − Refer to Other Side for Important Deadlines and Notices − −

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PHOTOCOPIES** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0422-9          User: griffinv          Page 1 of 3          Date Rcvd: Jun 30, 2008
Case: 08-13766               Form ID: B9A             Total Served: 103
```

The following entities were served by first class mail on Jul 02, 2008.
```
db           +Nahid Ahmadpour,    4054 41st Street North,   Mc Lean, VA 22101-5805
aty          +Jeffrey M. Sherman,   SEMMES, BOWEN & SEMMES,   1001 Connecticut Avenue,   Suite 1100,
              Washington, DC 20036-5522
tr           +Gordon P. Peyton,   Redmon. Peyton & Braswell,   510 King Street, Suite 301,
              Alexandria, VA 22314-3132
8336597      +AT&T,   P.O. Box 183053,   Columbus, OH 43218-3053
8336589      +Academy Colleciton Services,   10965 Decatur Road,   Philadelphia, PA 19154-3294
8336590      +Academy Collection Services,   10965 Decatur Road,   Philadelphia, PA 19154-3294
8336591       Allied Data Corporation,   13111 Westheimer,   Suite 400,   Houston, TX 77077-5547
8336592      +Allied Interstate,   P.O. Box 361774,   Columbus, OH 43236-1774
8336593      +American General,   P.O. Box 742536,   Cincinnati, OH 45274-2536
8336598      +Atlantic City Showboat Hotel,   P.O. Box 840,   Atlantic City, NJ 08404-0840
8336599      +Bailey Banks & Biddle,   Proccesing Center,   Des Moines, IA 50364-0001
8336601       Bank of America,   P.O. Box 1758,   Newark, NJ 07101-0000
8336604      +Boardwalk Regency Corp,   1133 Boardwalk,   Atlantic City, NJ 08401-7329
8336605      +Bombay,   Processing Center,   Des Moines, IA 50364-0001
8336606      +CACH, LLC c/o Martin & Seibert,   P.O. Box 1085,   Martinsburg, WV 25402-1085
8336612       CBHV,   P.O. Box 831,   Newburgh, NY 12551-0831
8336607      +Caesars,   2100 Pacific Avenue,   Atlantic City, NJ 08401-6688
8336608      +Capital Management Services,   726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
8336609      +Capital Managment Services,   726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1494
8336610      +Capital Mangement Services,   726 Exchange Street Suite 700,   Buffalo, NY 14210-1494
8336613      +Central Credit Services,   P.O. Box 15118,   Jacksonville, FL 32239-5118
8336614      +Central Portfolio Control,   6640 Shady Oak Road Suite 300,   Eden Prairie, MN 55344-7710
8336617      +Chase Receivables,   1247 Broadway,   Sonoma, CA 95476-7503
8336618      +Chevy Chase Bank,   P.O. Box 1296,   Laurel, MD 20725-1296
8336619      +Christian Bernard,   4116 Paysphere Circle,   Chicago, IL 60674-0041
8336620      +Christian BernardGE Money Bank,   P.O. Box 960061,   Orlando, FL 32896-0061
8336621      +Citi Card,   P.O. Box 142319,   Irving, TX 75014-2319
8336622       Citi Platinum,   P.O. Box 183061,   Columbus, OH 43218-3061
8336623      +CitiBank,   P.O Box 6500,   Sioux Falls, SD 57117-6500
8336624      +Client Services,   3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
8336625      +Creditors Financial Group,   P.O. Box 440290,   Aurora, CO 80044-0290
8336626      +Direct Merchants Bank,   P.O. Box 21550,   Tulsa, OK 74121-1550
8336628      +Dominion Law Associates,   222 Central Park Avenue,   Virginia Beach, VA 23462-3022
8336627      +Dominion Law Associates,   P.O. Box 62719,   Virginia Beach, VA 23466-2719
8336630      +Dominion Power,   PO Box 11186,   Richmond, VA 23230-1186
8336632      +Empire/GEMB,   P.O. Box 960061,   Orlando, FL 32896-0061
8336633      +Encore,   P.O. Box 47248,   Oak Park, MI 48237-4948
8336636      +FMA Alliance,   11811 North Freeway Suite 900,   Houston, TX 77060-3292
8336637       FMS, Inc,   P.O. Box 707600,   Tulsa, OK 74170-7600
8336634      +Financial Recovery Services,   P.O. Box 385908,   Minneapolis, MN 55438-5908
8336635      +First Platinum Corp,   P.O. Box 376,   Buffalo, NY 14207-0376
8336638      +GC Services Limited,   6330 Gulfton,   Houston, TX 77081-1198
8336639      +Harris & Dial,   65 Flagship Drive,   North Andover, MA 01845-6103
8336640      +Home Depot,   Processing Center,   Des Moines, IA 50364-0001
8336641      +Hudson & Keyse,   P.O. Box 1090,   Mentor, OH 44061-1090
8336642      +J.A. Cambebe Law Office,   Eight Bourbon Street,   Peabody, MA 01960-7473
8336643      +JA Cambece Law Office,   Eight Bourbon Street,   Peabody, MA 01960-7473
8336644      +Jewelry Accent/GEMB,   P.O. Box 960061,   Orlando, FL 32896-0061
8336645      +Kay Jewlers,   P.O. Box 740425,   Cincinnati, OH 45274-0425
8336646      +Kerzner International Resorts,   1000 South Pine Island Road Su,   Suite 800,
              Fort Lauderdale, FL 33324-3907
8336648      +LTD Financial Services,   7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2053
8336647      +Leading Edge Recovery Solution,   5440 N Cumberland Ave,   Suite 300,   Chicago, IL 60656-1486
8336650      +MBNA America,   P.O. Box 15137,   Wilmington, DE 19886-5137
8336651      +Mercantile,   P.O. Box 9315A,   Rochester, NY 14604-0999
8336653      +NARS,   P.O. Box 701,   Chesterfield, MO 63006-0701
8336657      +NCO Financial Systems,   P.O. Box 61247,   Virginia Beach, VA 23466-1247
8336656      +NCO Financial Systems,   P.O. Box 15889,   Wilmington, DE 19850-5889
8336654      +National Action Financial,   165 Lawerence Bell Dr Suite 10,   Buffalo, NY 14221-7900
8336655      +National Enterprise Systems,   P.O. Box 39308,   Solon, OH 44139-0308
8336659      +Nelson, Watson & Associates,   80 Merrimack Street,   Haverhill, MA 01830-5211
8336660      +Northland Group, Inc,   P.O. Box 390846,   Minneapolis, MN 55439-0846
8336665      ++PERRY AND ASSOCIATES,   9990 FAIRFAX BLVD,   SUITE 100,   FAIRFAX VIRGINIA 22030-1720
              (address filed with court: Perry & Associates,   9990 Fairfax Blvd Suite 100,
              Fairfax, VA 22030-0000)
8336670      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,   P.O. Box 12903,
              Norfolk, VA 23541-0000)
8336661      +Paradise Platinum,   P.O. Box 609,   Memphis, TN 38101-0609
8336662      +People's First Recovery,   2080 Elm St SE,   Minneapolis, MN 55414-2531
8336663      +Peoples First Recoveries,   2080 Elm Street SE,   Minneapolis, MN 55414-2531
8336664      +Performance Capital Management,   P.O. Box 6874,   Buena Park, CA 90622-6874
8336666      +Phillip Van Embden,   900 East Pine Street,   Millville, NJ 08332-3259
8336667      +Phillip Van Embden P.C.,   900 East Pine Street,   Millville, NJ 08332-3259
8336668      +Pioneer Credit Recovery,   P.O. Box 188,   Arcade, NY 14009-0188
8336671       Professional Bureau of Collect,   P.O. Box 4157,   Greenwood Village, CO 80155-4157
8336673      +Rebecca Colaw,   1080 Laskin Road Suite 102,   Virginia Beach, VA 23451-6363
8336674      +Rubenstein, Cogan Quick,   12 S Summit Avenue,   Suite 250,   Gaithersburg, MD 20877-2092
8336675      +Sears,   P.O. Box 6924,   The Lakes, NV 88901-6924
8336676      +Suburban Credit Corporation,   P.O. Box 30640,   Alexandria, VA 22310-8640
8336677      +Suntrust,   P.O. Box 305053,   Nashville, TN 37230-5053
```

```
District/off: 0422-9          User: griffinv          Page 2 of 3            Date Rcvd: Jun 30, 2008
Case: 08-13766                Form ID: B9A             Total Served: 103
```

```
8336678      Taj Mahal,   1000 Boardwalk at Virginia,   Atlantic City, NJ 08401-0000
8336679      Tropicana Casino & Resort,   Brighton and Boardwalk,   Atlantic City, NJ 08401-0000
8336680      Trump Plaza,   Mississippi Avenue,   Atlantic City, NJ 08401-0000
8336684     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,   P.O. Box 790408,   Saint Louis, MO 63179-0000)
8336681     +Unifund,   P.O. Box 505,   Linden, MI 48451-0505
8336683     +United Recovery Systems,   5800 North Course Drive,   Houston, TX 77072-1613
8336687     +Wachovia,   P.O. Box 659558,   San Antonio, TX 78265-9558
8336688     +Washington Post,   P.O. Box 6632,   Falls Church, VA 22040-6632
8336689     +Whitehall/GEMB,   P.O. Box 960061,   Orlando, FL 32896-0061
8336691     +Zales,   Processing Center,   Des Moines, IA 50364-0001

The following entities were served by electronic transmission on Jul 01, 2008.
8336594     +EDI: ARROW.COM Jul 01 2008 05:48:00    Arrow Financial Services,   5996 W Touhy Ave,
             Niles, IL 60714-4610
8336595     +EDI: ACCE.COM Jul 01 2008 05:48:00    Asset Acceptance,   P.O. Box 2036,   Warren, MI 48090-2036
8336596     +EDI: ARSN.COM Jul 01 2008 05:48:00    Associated Recovery Systems,   P.O. Box 469046,
             Escondido, CA 92046-9046
8336603     +EDI: TSYS2.COM Jul 01 2008 05:48:00    Bloomingdales,   P.O. Box 183083,
             Columbus, OH 43218-3083
8336611     +EDI: CAPITALONE.COM Jul 01 2008 05:48:00    Capital One Bank,   P.O. Box 70884,
             Charlotte, NC 28272-0884
8336615     +EDI: CHASE.COM Jul 01 2008 05:48:00    Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
8336616     +EDI: CHASE.COM Jul 01 2008 05:48:00    Chase,   P.O Box 15292,   Wilmington, DE 19886-5292
8336623     +EDI: CITICORP.COM Jul 01 2008 05:48:00    CitiBank,   P.O Box 6500,   Sioux Falls, SD 57117-6500
8336631     +EDI: WTRWFNNB.COM Jul 01 2008 05:48:00    Eddie Bauer,   P.O. Box 659705,
             San Antonio, TX 78265-9705
8336650     +EDI: BANKAMER2.COM Jul 01 2008 05:48:00    MBNA America,   P.O. Box 15137,
             Wilmington, DE 19886-5137
8336649     +EDI: TSYS2.COM Jul 01 2008 05:48:00    Macy's,   9111 Duke Boulevard,   Mason, OH 45040-8999
8336652     +EDI: PHINPLAZA.COM Jul 01 2008 05:48:00    Mitchell Kay Esquire,   P.O. Box 9006,
             Smithtown, NY 11787-9006
8336655     +EDI: NESF.COM Jul 01 2008 05:48:00    National Enterprise Systems,   P.O. Box 39308,
             Solon, OH 44139-0308
8336658     +EDI: HFC.COM Jul 01 2008 05:48:00    Neiman Marcus,   P.O. Box 5235,
             Carol Stream, IL 60197-5235
8336669      EDI: PHINPLAZA.COM Jul 01 2008 05:48:00    Plaza Associates,   P.O. Box 2769,
             New York, NY 10116-2769
8336672     +EDI: PROVID.COM Jul 01 2008 05:48:00    Providian,   P.O. Box 660433,   Dallas, TX 75266-0433
8336675     +EDI: SEARS.COM Jul 01 2008 05:48:00    Sears,   P.O. Box 6924,   The Lakes, NV 88901-6924
8336684      EDI: USBANKARS.COM Jul 01 2008 05:48:00    US Bank,   P.O. Box 790408,
             Saint Louis, MO 63179-0000
8336682     +EDI: CHASE.COM Jul 01 2008 05:48:00    United Mileage Plus,   P.O. Box 15153,
             Wilmington, DE 19886-5153
8336685     +EDI: AFNIVZWIRE.COM Jul 01 2008 05:48:00    Verizon Wireless,   P.O. Box 17120,
             Tucson, AZ 85731-7120
8336686     +EDI: WTRWFNNB.COM Jul 01 2008 05:48:00    Victorias Secret,   P.O. Box 659728,
             San Antonio, TX 78265-9728
8336690     +EDI: WOLPOFF.COM Jul 01 2008 05:48:00    Wolpoff & Abramson LLP,   702 King Farm Blvd,
             Rockville, MD 20850-5775
                                                                               TOTAL: 22

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8336600      Bally's Las Vegas
8336602*     Bank of America,   P.O. Box 1758,   Newark, NJ 07101-1758
8336629*    +Dominion Law Associates,   P.O. Box 62719,   Virginia Beach, VA 23466-2719
                                                                               TOTALS: 1, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-9          User: griffinv          Page 3 of 3              Date Rcvd: Jun 30, 2008
Case: 08-13766               Form ID: B9A             Total Served: 103
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2008                           Signature:      _Joseph Speetjens_