B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

**Case Number** 08−13766−SSM
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nahid Ahmadpour
4054 41st Street North
Mc Lean, VA 22101

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−5184

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: October 6, 2008                                                                 William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0422-9           User: admin                Page 1 of 3            Date Rcvd: Oct 06, 2008
Case: 08-13766                 Form ID: B18               Total Served: 103


The following entities were served by first class mail on Oct 08, 2008.
db           +Nahid Ahmadpour,    4054 41st Street North,    Mc Lean, VA 22101-5805
8336597      +AT&T,    P.O. Box 183053,    Columbus, OH 43218-3053
8336589      +Academy Colleciton Services,    10965 Decatur Road,    Philadelphia, PA 19154-3294
8336590      +Academy Collection Services,    10965 Decatur Road,    Philadelphia, PA 19154-3294
8336591       Allied Data Corporation,    13111 Westheimer,    Suite 400,    Houston, TX 77077-5547
8336592      +Allied Interstate,    P.O. Box 361774,    Columbus, OH 43236-1774
8336593      +American General,    P.O. Box 742536,    Cincinnati, OH 45274-2536
8336598      +Atlantic City Showboat Hotel,    P.O. Box 840,    Atlantic City, NJ 08404-0840
8336599      +Bailey Banks & Biddle,    Proccesing Center,    Des Moines, IA 50364-0001
8336601       Bank of America,    P.O. Box 1758,    Newark, NJ 07101-0000
8336604      +Boardwalk Regency Corp,    1133 Boardwalk,    Atlantic City, NJ 08401-7329
8336605      +Bombay,    Processing Center,    Des Moines, IA 50364-0001
8336606      +CACH, LLC c/o Martin & Seibert,    P.O. Box 1085,    Martinsburg, WV 25402-1085
8336612       CBHV,    P.O. Box 831,    Newburgh, NY 12551-0831
8336607      +Caesars,    2100 Pacific Avenue,    Atlantic City, NJ 08401-6688
8336608      +Capital Management Services,    726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
8336609      +Capital Managment Services,    726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1494
8336610      +Capital Mangement Services,    726 Exchange Street Suite 700,    Buffalo, NY 14210-1494
8336613      +Central Credit Services,    P.O. Box 15118,    Jacksonville, FL 32239-5118
8336614      +Central Portfolio Control,    6640 Shady Oak Road Suite 300,    Eden Prairie, MN 55344-7710
8336617      +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
8336618      +Chevy Chase Bank,    P.O. Box 1296,    Laurel, MD 20725-1296
8336619      +Christian Bernard,    4116 Paysphere Circle,    Chicago, IL 60674-0041
8336620      +Christian BernardGE Money Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
8336621      +Citi Card,    P.O. Box 142319,    Irving, TX 75014-2319
8336622       Citi Platinum,    P.O. Box 183061,    Columbus, OH 43218-3061
8336623      +CitiBank,    P.O Box 6500,    Sioux Falls, SD 57117-6500
8336624      +Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
8336625      +Creditors Financial Group,    P.O. Box 440290,    Aurora, CO 80044-0290
8336626      +Direct Merchants Bank,    P.O. Box 21550,    Tulsa, OK 74121-1550
8336628      +Dominion Law Associates,    222 Central Park Avenue,    Virginia Beach, VA 23462-3022
8336627      +Dominion Law Associates,    P.O. Box 62719,    Virginia Beach, VA 23466-2719
8336630      +Dominion Power,    PO Box 11186,    Richmond, VA 23230-1186
8336632      +Empire/GEMB,    P.O. Box 960061,    Orlando, FL 32896-0061
8336633      +Encore,    P.O. Box 47248,    Oak Park, MI 48237-4948
8336636      +FMA Alliance,    11811 North Freeway Suite 900,    Houston, TX 77060-3292
8336637       FMS, Inc,    P.O. Box 707600,    Tulsa, OK 74170-7600
8336634      +Financial Recovery Services,    P.O. Box 385908,    Minneapolis, MN 55438-5908
8336635      +First Platinum Corp,    P.O. Box 376,    Buffalo, NY 14207-0376
8336638      +GC Services Limited,    6330 Gulfton,    Houston, TX 77081-1198
8336639      +Harris & Dial,    65 Flagship Drive,    North Andover, MA 01845-6103
8336640      +Home Depot,    Processing Center,    Des Moines, IA 50364-0001
8336641      +Hudson & Keyse,    P.O. Box 1090,    Mentor, OH 44061-1090
8336642      +J.A. Cambebe Law Office,    Eight Bourbon Street,    Peabody, MA 01960-7473
8336643      +JA Cambece Law Office,    Eight Bourbon Street,    Peabody, MA 01960-7473
8336644      +Jewelry Accent/GEMB,    P.O. Box 960061,    Orlando, FL 32896-0061
8336645      +Kay Jewlers,    P.O. Box 740425,    Cincinnati, OH 45274-0425
8336646      +Kerzner International Resorts,    1000 South Pine Island Road Su,    Suite 800,
               Fort Lauderdale, FL 33324-3907
8336648      +LTD Financial Services,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2053
8336647      +Leading Edge Recovery Solution,    5440 N Cumberland Ave,    Suite 300,    Chicago, IL 60656-1486
8336650      +MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
8336651      +Mercantile,    P.O. Box 9315A,    Rochester, NY 14604-0999
8336653      +NARS,    P.O. Box 701,    Chesterfield, MO 63006-0701
8336656      +NCO Financial Systems,    P.O. Box 15889,    Wilmington, DE 19850-5889
8336657      +NCO Financial Systems,    P.O. Box 61247,    Virginia Beach, VA 23466-1247
8336654      +National Action Financial,    165 Lawerence Bell Dr Suite 10,    Buffalo, NY 14221-7900
8336655      +National Enterprise Systems,    P.O. Box 39308,    Solon, OH 44139-0308
8336659      +Nelson, Watson & Associates,    80 Merrimack Street,    Haverhill, MA 01830-5211
8336660      +Northland Group, Inc,    P.O. Box 390846,    Minneapolis, MN 55439-0846
8336665     ++PERRY AND ASSOCIATES,    9990 FAIRFAX BLVD,    SUITE 100,    FAIRFAX VIRGINIA 22030-1720
              (address filed with court: Perry & Associates,    9990 Fairfax Blvd Suite 100,
               Fairfax, VA 22030-0000)
8336670     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,    P.O. Box 12903,
               Norfolk, VA 23541-0000)
8336661      +Paradise Platinum,    P.O. Box 609,    Memphis, TN 38101-0609
8336662      +People's First Recovery,    2080 Elm St SE,    Minneapolis, MN 55414-2531
8336663      +Peoples First Recoveries,    2080 Elm Street SE,    Minneapolis, MN 55414-2531
8336664      +Performance Capital Management,    P.O. Box 6874,    Buena Park, CA 90622-6874
8336666      +Phillip Van Embden,    900 East Pine Street,    Millville, NJ 08332-3259
8336667      +Phillip Van Embden P.C.,    900 East Pine Street,    Millville, NJ 08332-3259
8336668      +Pioneer Credit Recovery,    P.O. Box 188,    Arcade, NY 14009-0188
8336671       Professional Bureau of Collect,    P.O. Box 4157,    Greenwood Village, CO 80155-4157
8336673      +Rebecca Colaw,    1080 Laskin Road Suite 102,    Virginia Beach, VA 23451-6363
8336674      +Rubenstein, Cogan Quick,    12 S Summit Avenue,    Suite 250,    Gaithersburg, MD 20877-2092
8336675      +Sears,    P.O. Box 6924,    The Lakes, NV 88901-6924
8336676      +Suburban Credit Corporation,    P.O. Box 30640,    Alexandria, VA 22310-8640
8336677      +Suntrust,    P.O. Box 305053,    Nashville, TN 37230-5053
8336678       Taj Mahal,    1000 Boardwalk at Virginia,    Atlantic City, NJ 08401-0000
8336679       Tropicana Casino & Resort,    Brighton and Boardwalk,    Atlantic City, NJ 08401-0000
8336680       Trump Plaza,    Mississippi Avenue,    Atlantic City, NJ 08401-0000
```

```
District/off: 0422-9          User: admin              Page 2 of 3              Date Rcvd: Oct 06, 2008
Case: 08-13766                Form ID: B18             Total Served: 103


8336684     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,    P.O. Box 790408,    Saint Louis, MO 63179-0000)
8336681     +Unifund,    P.O. Box 505,    Linden, MI 48451-0505
8336683     +United Recovery Systems,    5800 North Course Drive,    Houston, TX 77072-1613
8336687     +Wachovia,    P.O. Box 659558,    San Antonio, TX 78265-9558
8336688     +Washington Post,    P.O. Box 6632,    Falls Church, VA 22040-6632
8336689     +Whitehall/GEMB,    P.O. Box 960061,    Orlando, FL 32896-0061
8336691     +Zales,    Processing Center,    Des Moines, IA 50364-0001
The following entities were served by electronic transmission on Oct 07, 2008.
cr           +EDI: RECOVERYCORP.COM Oct 07 2008 07:08:00      Recovery Management Systems Corporation,
               25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
8336594      +EDI: ARROW.COM Oct 07 2008 07:08:00      Arrow Financial Services,    5996 W Touhy Ave,
               Niles, IL 60714-4610
8336595      +EDI: ACCE.COM Oct 07 2008 07:08:00      Asset Acceptance,    P.O. Box 2036,    Warren, MI 48090-2036
8336596      +EDI: ARSN.COM Oct 07 2008 07:08:00      Associated Recovery Systems,    P.O. Box 469046,
               Escondido, CA 92046-9046
8336603      +EDI: TSYS2.COM Oct 07 2008 07:08:00      Bloomingdales,    P.O. Box 183083,
               Columbus, OH 43218-3083
8336611      +EDI: CAPITALONE.COM Oct 07 2008 07:08:00      Capital One Bank,    P.O. Box 70884,
               Charlotte, NC 28272-0884
8336615      +EDI: CHASE.COM Oct 07 2008 07:08:00      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
8336616      +EDI: CHASE.COM Oct 07 2008 07:08:00      Chase,    P.O Box 15292,    Wilmington, DE 19886-5292
8336623      +EDI: CITICORP.COM Oct 07 2008 07:08:00      CitiBank,    P.O Box 6500,    Sioux Falls, SD 57117-6500
8336631      +EDI: WTRWFNNB.COM Oct 07 2008 07:08:00      Eddie Bauer,    P.O. Box 659705,
               San Antonio, TX 78265-9705
8336650      +EDI: BANKAMER2.COM Oct 07 2008 07:08:00      MBNA America,    P.O. Box 15137,
               Wilmington, DE 19886-5137
8336649      +EDI: TSYS2.COM Oct 07 2008 07:08:00      Macy's,    9111 Duke Boulevard,    Mason, OH 45040-8999
8336652      +EDI: PHINPLAZA.COM Oct 07 2008 07:08:00      Mitchell Kay Esquire,    P.O. Box 9006,
               Smithtown, NY 11787-9006
8336655      +EDI: NESF.COM Oct 07 2008 07:08:00      National Enterprise Systems,    P.O. Box 39308,
               Solon, OH 44139-0308
8336658      +EDI: HFC.COM Oct 07 2008 07:08:00      Neiman Marcus,    P.O. Box 5235,
               Carol Stream, IL 60197-5235
8336669       EDI: PHINPLAZA.COM Oct 07 2008 07:08:00      Plaza Associates,    P.O. Box 2769,
               New York, NY 10116-2769
8336672      +EDI: PROVID.COM Oct 07 2008 07:08:00      Providian,    P.O. Box 660433,    Dallas, TX 75266-0433
8360640       EDI: RECOVERYCORP.COM Oct 07 2008 07:08:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
8336675      +EDI: SEARS.COM Oct 07 2008 07:08:00      Sears,    P.O. Box 6924,    The Lakes, NV 88901-6924
8336684       EDI: USBANKARS.COM Oct 07 2008 07:08:00      US Bank,    P.O. Box 790408,
               Saint Louis, MO 63179-0000
8336682      +EDI: CHASE.COM Oct 07 2008 07:08:00      United Mileage Plus,    P.O. Box 15153,
               Wilmington, DE 19886-5153
8336685      +EDI: AFNIVZWIRE.COM Oct 07 2008 07:08:00      Verizon Wireless,    P.O. Box 17120,
               Tucson, AZ 85731-7120
8336686      +EDI: WTRWFNNB.COM Oct 07 2008 07:08:00      Victorias Secret,    P.O. Box 659728,
               San Antonio, TX 78265-9728
8336690      +EDI: WOLPOFF.COM Oct 07 2008 07:08:00      Wolpoff & Abramson LLP,    702 King Farm Blvd,
               Rockville, MD 20850-5775
                                                                                                 TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8336600        Bally's Las Vegas
8336602*       Bank of America,    P.O. Box 1758,    Newark, NJ 07101-1758
8336629*      +Dominion Law Associates,    P.O. Box 62719,    Virginia Beach, VA 23466-2719
                                                                                                TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0422-9          User: admin              Page 3 of 3              Date Rcvd: Oct 06, 2008
Case: 08-13766                Form ID: B18             Total Served: 103

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2008**                    **Signature:**   *Joseph Speetjens*